UNITED STATES DISTRICT COURT **JUDGE CHIN**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :    04 Cr. _____ (DC)
                                :
BRETT KLEIN,                    :
                                :    **04CRIM. 1299**
        Defendant.              :
- - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 846, and 853, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                            _____
                                                            Defendant

                                                            Helen Lewis
                                                           Witness

                                                           _____
                                                           Counsel for Defendant

(U.S. DISTRICT COURT FILED DEC 6 2004 S.D. OF N.Y.)

Date:  New York, New York
       December 8, 2004

0202