UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA　　　　　:　　**PRIOR FELONY**
　　　　　　　　　　　　　　　　　　　　　　**INFORMATION**
　　　　　　- v. -　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　04 Cr. _____ (DC)
BRETT KLEIN,　　　　　　　　　　　:

　　　　　　　　　　　Defendant.

**04CRIM. 1299**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

　　　　　The United States Attorney charges:

　　　　　On or about May 16, 2000, in the District Court of the
State of Nevada, Clark County, BRETT KLEIN, the defendant, was
convicted upon a plea of guilty of three counts of Trafficking
in Controlled Substance, in violation of NRS 453.3385, for which
he received three concurrent sentences of 24 to 60 months'
imprisonment.

　　　　　Accordingly, BRETT KLEIN, the defendant, is subject to
the enhanced penalties of Title 21, United States Code, Sections
812, 841(a), 841(b)(1)(A), and 846.

　　　　　(Title 21, United States Code, Section 851.)

　　　　　　　　　　　_Davil N. Kelley_
　　　　　　　　　　　DAVID N. KELLEY
　　　　　　　　　　　United States Attorney



PF1